**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Hon. M. Bofill Duhe
District Attorney
415 Main St.
St. Martinvill LA 70582

W. Claire Howington
Assistant DA
415 S. Main Street 1 st fl.
St. Martin La 70582

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on July 6, 2022

**REHEARING ACTION: July 6, 2022**

**Docket Number: 21   00641-KA**

**STATE OF LOUISIANA**
**VERSUS**
**MARSHALL J. ALEXANDER, JR.**

**Appealed from St. Martin Parish Case No. 14-247176**

<u>**BEFORE JUDGES**</u>**:**

   **Hon. Elizabeth A. Pickett**
   **Hon. Sharon Darville Wilson**
   **Hon. Charles G. Fitzgerald**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by the **State of Louisiana** has this day been

   **DENIED.**
   Pickett, J., would grant the rehearing.

cc: Edward Kelly Bauman, Counsel for the Appellant
    Joseph M. W. Burke, Counsel for the Appellant